IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D23 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NATASHA BALLARD,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:24-CV-00095-TCB-JEM |

### UNITED STATES MAGISTRATE JUDGE'S ORDER AND FINAL REPORT AND RECOMMENDATION

Pending before the Court is Defendant's pro se application to proceed *in forma pauperis* ("IFP"), (Doc. 1), and notice of removal, (Doc. 1-1). For the following reasons, the Court **RECOMMENDS** that this case be **DISMISSED** for lack of subject matter jurisdiction. Accordingly, the pending IFP application, (Doc. 1), is **DENIED AS MOOT**.

**I.    DISCUSSION**

On or about September 5, 2023, Plaintiff filed a dispossessory action against Defendant in the Magistrate Court of Fulton County, Georgia, for the property located at 30 Fifth Street NE, Unit 406, Atlanta, Georgia 30308. (Doc. 1-1 at 10.)[1] On December 7, 2023, Fulton County Magistrate Court Judge Brandy M. Brooks entered an Order and Judgment in which she stated that Plaintiff was

---

[1] The Fulton County Magistrate Court assigned the matter Case No. 23ED284322. (Doc. 1-1 at 10.)

entitled to a writ of possession of the Property and to payment from Defendant of unpaid rent plus court costs and statutory interest. (*Id.* at 9.) The Order also stated that if Defendant appealed the judgment and wished to remain in possession of the premises, she must pay the full amount of the money judgment against into the court registry of either the State or Superior Court no later than December 14, 2023. (*Id.*) On December 12, 2023, Defendant filed in Fulton County Magistrate Court a Notice of Tender of Payment to Settle and Close the Account. (*Id.* at 13.) On December 13, 2023, Defendant filed in Fulton County Superior Court a Petition for Review to Superior Court. (*Id.* at 18.)[2] On January 4, 2024, Fulton County Superior Court Judge Rachel Krause entered an order dismissing Defendant's case. (*Id.*) Judge Krause found, upon review of both the Fulton County Magistrate Court's registry and the Fulton County Superior Court's registry, that Defendant filed her Notice of Tender of Payment "unaccompanied by actual payment," which did not satisfy the minimum requirements of the Judge Brooks's order to maintain her appeal. (*Id.* at 12.)

On January 8, 2024, Defendant removed the Fulton County Magistrate Court action to this Court. (*Id.* at 1.) In doing so, Defendant seemingly seeks to appeal the final orders of both the Fulton County Magistrate Court and the Fulton County Superior Court as unconstitutional. (*See id.* at 1-3.) This she cannot do. Pursuant to the *Rooker-Feldman* doctrine, a federal district court lacks subject matter jurisdiction to review constitutional challenges to final judgments of a

---

[2] The Fulton County Superior Court assigned the matter Case No. 2023CV390111. (*Id.* at 11.)

state court in judicial proceedings because "[r]eview of such judgments may be had only in [the United States Supreme Court.]" *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415-16 (1923). "The only exception to this rule . . . is where a federal statute authorizes federal appellate review of final state court decisions." *Brooks-Jones v. Jones*, 916 F. Supp. 280, 281 (S.D.N.Y. 1996) (citing *Fariello v. Campbell*, 860 F. Supp. 54, 65 (E.D.N.Y. 1994)). Here, Defendant does not cite to any such federal statute, (Doc. 1-1 at 3), nor is the Court aware of one that could apply to this matter. Therefore, the Court lacks subject matter jurisdiction over this case and it should be dismissed. As a result, Defendant's IFP application is moot.

## II.   CONCLUSION

For the foregoing reasons, the Court **RECOMMENDS** that this case be **DISMISSED** for lack of subject matter jurisdiction. Accordingly, the pending IFP application, (Doc. 1), is **DENIED AS MOOT**. The Clerk is **DIRECTED** to terminate the reference of this matter to the undersigned Magistrate Judge.

**SO RECOMMENDED, ORDERED, and DIRECTED** January 16, 2024.

_____
J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE

3