IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D23 LLC,

    Plaintiff,

v.

NATASHA BALLARD,

    Defendant.

CIVIL ACTION FILE
NO. 1:24-CV-00095-TCB-JEM

### ORDER FOR SERVICE OF
### REPORT AND RECOMMENDATION

The Report and Recommendation of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), the Court's Local Rule 72.1(B) and (D), NDGa, and Standing Order 18-01 (N.D. Ga. Feb. 12, 2018), has been filed. The Clerk is **DIRECTED** to serve upon counsel for the parties and directly upon any unrepresented parties a copy of the Report and Recommendation and a copy of this Order.

Each party may file written objections, if any, to the Report and Recommendation within **14 days** of service of this Order. 28 U.S.C. § 636(b)(1); LR 72.1(E), NDGa. If objections are filed, then they shall specify with particularity the alleged error(s) made (including reference by page number to any transcripts if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. Responses to

objections may be filed within **14 days** from the date the objections are filed. LR 72.1(E), NDGa. If no objections are filed, then the Report and Recommendation may be adopted as the opinion and order of the District Court, and on appeal, the Court of Appeals will deem waived any challenge to factual and legal findings to which there was no objection, subject to interests-of-justice plain error review. *Harrigan v. Metro Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020); 11th Cir. R. 3-1 ("A party failing to object to a magistrate judge's findings or recommendations . . . waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object.").

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**SO ORDERED and DIRECTED** January 16, 2024.

_____
J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE