IN THE UNITED STATE DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 9 2024

KEVIN F. WEIMER, Clerk
By _____ Deputy Clerk

D23, LLC

     Plaintiff

NATASHA BALLARD

     Defendant

CIVIL ACTION FILE NO.
24CV00095-TCB-JEM

## DEFENDANT OBJECTION TO MAGISTRATE REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Natasha Ballard respectfully submit the following objections to the Report and Recommendation issued by the Honorable United States Magistrate judge J. Elizabeth McBath on January 16, 2024. Defendant states as follows:

### I. NATURE AND SUMMARY OF THIS ACTION

1.  This is a dispute over Plaintiff right to claim a valid Sheriff's Deed under the applicable laws of the State of Georgia and Natasha: Ballard title holder alleged Defendant rights, from claiming any estate, right, title or interest in the subject property located at 30 5th Street NE Unit 406, Atlanta, GA 30308, Deed Book 41708 Page 635 filed in Fulton County land records (the "Warranty Deed") and to hold Plaintiff accountable for their unfair and deceptive sale practices. Defendants' contention is that she has a right to the property in question and the Defendant contention is that Plaintiff' inter alia intentionally constructed, operated and participated together in a fraudulent scheme to unjustly enrich themselves and to steal the property in question.

2.  Upon information and belief, that Patrick Labate (Sheriff) and Baltimore House Condominium Association, INC transferred a security (lien) not the property it's self to D23 LLC through a Sheriff's sale. D23 LLC. was a purchaser not a buyer at a Sheriff's sale pertaining to a security instrument (lien) of a debt in the amount of $70,000.00 that was sold at an action (outcry) to the highest bidder. D23 LLC. is not the rightful owner of the property, when a Sherrif's Deed is nor more than a

**COLOR OF TITLE** lending the appearance of title, when in reality there is no title at all; an instrument which appears to pass title, and which one relies on as passing title but which fails to do so; an instrument which, on its face, professes to pass title, but which fails to do so either because title is lacking in the person conveying or because the conveyance itself is defective. Thus one possessing a forged or false deed has mere color of title. **COLOR OF TITLE IS SOMETIMES AN ELEMENT OF ADVERSE POSSESSION. (See Exhibit B)** (BARRON'S LAW DICTIONARY)

3. Upon information and belief, no one can obtain property without going to a real estate closing, transferring property by Owner and pursuant to the 5 amendment Tacking Clause without just compensation and the 4 amendment unreasonable search and seizure of an individual or their private property, that possession is nine tenth of the law and Natasha: Ballard is in possession as the rightful owner/beneficiary of property known as 30 5th Street NE Unit 406, Atlanta, GA 30308, Deed Book 41708 Page 635 and has not relinquish any of her right under equity. (**See Affidavit of Notice of priority Interest and Warranty Deed Exhibit A**)

**Possession means** the ownership, control, or occupancy of any object, asset, or property, by a person.

Cases such as this one from Georgia, explain that "possession is defined as the detention and control, or the manual or ideal custody, of anything

which may be the subject of property, for one's use and enjoyment, either as owner or as the proprietor of a qualified right in it, and either held personally or by another who exercises it in one's place and name."

4. Defendant is informed and believes and thereupon alleges that Plaintiff, claim an interest in the property adverse to defendant herein. However, the claims of said Plaintiff are without any right whatsoever, and said Plaintiff have no legal or equitable right, claim, or interest in said property as they have violated the FCDCP 15 USC 1692e (4)(5)(6) and the constitution.

5. Natasha: Ballard has priority interest in the property in question and has not been properly served, Pursuant to Georgia Service of a Summons 9-11-4 **Individuals.** Upon an individual other than a minor under the age of 14 years or an incompetent person, by delivering a copy of the summons and complaint to him personally or by leaving copies thereof at his dwelling house or usual place of abode with some person of suitable age and discretion then residing therein, or by delivering a copy to an agent authorized by appointment or by law to receive service of process.

## II. **This Court has Diversity Jurisdiction.**

6. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332because Plaintiff and Defendant have complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interests and costs. See 28 U.S.C. § 1332(a). Defendant is a citizen of the State of Georgia.

7. Plaintiff is a Georgia corporation with its principal place of business in Georgia. Accordingly, 28 U.S.C. § 1332(c).

8. Therefore, complete diversity of citizenship exists between Plaintiff and Defendant.

9. The amount in controversy prong is not satisfied. Defendant has not been compensated for the property in question under the taking clause, but it is clear that the amount in controversy exceeds $75,000.00. (See gen. Compl.). Although a removing defendant has the burden of proving the existence of federal jurisdiction.

10.    The official deed records for Fulton County, Georgia, show that the Satisfaction of Mortgage on March 5, 2007 and recorded on March 9, 2007 Bk 44616 Pg. 589 Mortgagor Natasha Ballard in the Original principal of $135,200.00. The estimate value of property according to tax records of Fulton County is $313,600.00,  known as 30 Fifth Street NE Unit 406 Atlanta, GA 30308. Natasha: Ballard has priority interest in the property in question and has not been compensated for the value of the property nor has she relinquish any title right and interest to any other party(ies). **Exhibit B**

11.    The official deed records for Fulton County, Georgia, also show that the Sheriff's deed sale held September 5, 2023, resulted in a purchase to the highest bidder in the amount of $70,000.00. This deed is recorded in Deed Book 67259, Page 473, recorded in Fulton County, Georgia records on October 10, 2023. **Exhibit C**

12.    On or around September 23, 2023 D23, LLC filed a dispossessary action by tack and mail, in order to take possession of Natasha Ballard Property. Which is more of the reason that the Magistrate civil action should be dismiss, failure to property server Natash Ballard the rightful owner of the property in question.  **Exhibit D**

13.    The Fifth Amendment provision barring the Government from taking private property for public use absent just compensation has its origin in common law. In his Commentaries on the Constitution of the United States, Justice Joseph Story grounded the Takings Clause in natural equity, describing it as a principle of universal law without which almost all other rights would become utterly worthless.[1] The Supreme Court has recognized the government's ability to take property as inherent to its powers, stating [t]he Fifth Amendment to the Constitution says 'nor shall private property be taken for public

use, without just compensation.' This is a tacit recognition of a preexisting power to take private property for public use, rather than a grant of new power.2

14.     The Fifth Amendment requirement that just compensation be paid for the taking of private property is intrinsic to the Fifth Amendment's objective of protecting citizens from government power.3 In its 1898 decision, *Backus v. Fort Street Union Depot Co.,* the Supreme Court stated: When. [the] power [of eminent domain] is exercised it can only be done by giving the party whose property is taken or whose use and enjoyment of such property is interfered with, full and adequate compensation, not excessive or exorbitant, but just compensation.4 Half a century later, in *Armstrong v. United States,* the Supreme Court explained the basis for the Fifth Amendment's just compensation guarantee further, stating that the doctrine was designed to bar Government from forcing some people alone to bear public burdens which, in all fairness and justice, should be borne by the public as a whole.5

15.     In sum, this Court has diversity jurisdiction in this action because (I) there is complete diversity of citizenship between the properly joined parties, and (ii) an amount in excess of the $75,000.00 jurisdictional threshold is at issue. Accordingly, as the case is pending in the Magistrate Court of Fulton County, Georgia, Removing Defendant is entitled, pursuant to 28U.S.C. § 1441(a), to remove this action to the United States District Court for the Northern District of Georgia, Atlanta Division.

## III. CONCLUSION

For the foregoing reason, Defendant respectfully pray this court dismiss the civil action in the Magistrate Court of Fulton County case no. 23ED284322.

Date: February 29, 2024

Natasha: Ballard, Holder in Due Course
and Responsible Party
All Rights Reserved Without Prejudice UCC 1-308

## CERTIFICATE OF SERVICE

I hereby certify that on the _29th_ day of _february_, 2024, the foregoing document was

filed in Court, and a copy was mailed out to Respondent's attorney on record.


Mailed to the following:

Dharmendra Jattipatti, Agent for S4 Services LLC
6045 Gallop Court
Suwanee, GA 30024

                                   _Natasha Ballard, Holder in Due Course_
                                   Natasha Ballard, Holder in Due Course
                                   c/o 650 Ponce De Leon Ave Ste 300 #1755
                                   Atlanta, GA 30308

RECORDING REQUESTED BY:
Natasha Ballard

AND WHEN RECORDED MAIL TO:
Natasha Ballard
c/o 650 Ponce DE Leon Ave Ste 300 #1755
Atlanta, GA 30308

Mail all Tax Statement to the address above
Parcel No. 060-2006-000646

Deed Book 67580 Pg    43
Filed and Recorded Feb-09-2024 04:22pr
2024-0020257
Real Estate Transfer Tax $0.00
Georgia Intangible Tax Paid $0.00
CHE ALEXANDER
Clerk of Superior Court
Fulton County, Georgia

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# AFFIDAVIT OF ACKNOWLEDGMENT
## FOR THE ACCEPTANCE OF DEED

**I, Natasha, a woman, of the family Ballard, made in the Creator's image,** with indefeasible title to my land and lawful owner of the landed Estate known as NATASHA BALLARD and its real property and interest, under the seal: "Natasha: Ballard," and any or all derivations thereof, am recorded as the grantee on the Grant Deed for the real property described on the attached certified copy of said deed. Said Grant Deed is document number Bk 41700 Pg 635, recorded January 9, 2006, in the office of register of deeds, COUNTY OF FULTON, STATE OF GEORGIA, and is attached and made a part hereof.

**LET IT BE KNOWN BY THESE PRESENTS**, that it is my freewill act and deed to execute this affidavit of acknowledgment for my acceptance of the deed, and lawful ownership of the property under the terms of the deed as my claim of unalienable right. I command that the record on file in the office of register of deeds be updated to show my acceptance of the deed, as lawful owner of the real estate. All other real property and interest issued for this real estate and its gain is to be immediately returned to me.

**Further let it be known by these presents** that I accept the oaths of all public officers and bind them to such, as well as bestow my sovereign immunity on them while administering my lawful orders. This public record under the seal of a competent court is guaranteed full faith and credit per Article 4 Section 1 of your Constitution. Any officer of the public who does not immediately carry out these lawful orders acknowledges warring with the constitution, and committing treason. So let it be written, so let it be done.

**I, Natasha Ballard, on this _8_ day of January, 2024, do hereby swear under oath, attest and affirm** I have prepared this document for the sole purposes as set forth herein, and not for any other purpose and not to mislead, obstruct, obscure or impede the rightful due processes as provided by law, public codes and legal statutes. As the below signatory claimant I declare under penalty of perjury that this instrument is not recorded for the purpose of slandering title to real property and is filed with good faith and clean hands to preserve my interests as described, and as signatory claimant hereby enter this into the public record based on informed firsthand knowledge and stating that the herein contained information is true, correct, complete and certain and claimant will testify to the veracity thereof.

### Witness my Hand and Seal as my freewill act and deed:

AFFIDAVIT OF ACKNOWLEDGMENT FOR THE ACCEPTANCE OF DEED WITH
ATTESTATION OF NOTARY AND ADMINISTERING OF OATH
Page 1 of 2

Authorized By: _Natasha Ballard_ Deed Book 67580 Pg 44

Natasha Ballard, Executor    Date _January 10, 2024_

## ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

I, _Kencora Wright_ , the below subscribed Notary in and for the State of Georgia, do solemnly attest that I administered an Oath to the Woman as the living being who swore to the veracity and validity of this Affidavit of Acknowledgment for the Acceptance of Deed, that she did so of her own freewill act and deed, and that I personally witnessed her execution of same with original wet ink signature and seal as entered above. Be it further known by these presents that I, _Kencora Wright_ , as Witness for the herein matter, on this _____ day of January, 2024, am a third party and not a party to the matter. As Witness in this matter I am acting for the purpose of taking and administering the oath of the party as stated and of sealing same into the public record.

_____    _1/10/24_

Affirmed on the date as set forth herein

"Indeed, no more than such affidavits are necessary to make the prima facie case."

_United States v. Kis_, 658 F.2d 526 (1981)

_Michelle Jones_
WITNESS

State of Georgia        )

                        )        Sworn and Subscribed  **JURAT**

County of _Fulton_       )

Subscribed and sworn to (or Affirmed) before me on this _10_ Day of January Two Thousand Twenty four, by _Natasha Ballard_ , proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Stamp/Seal

_____    _1/10/24_
NOTARY SIGNATURE            Date
My Commission Expires: _9/10/27_

AFFIDAVIT OF ACKNOWLEDGMENT FOR THE ACCEPTANCE OF DEED WITH
ATTESTATION OF NOTARY AND ADMINISTERING OF OATH
Page 2 of 2

Deed Book 67580 Pg    45

**EXHIBIT A:** Certified Copy of Grant Deed, Record Number 2006-0006779, recorded January 9, 2006, in the office of register of deeds, COUNTY OF FULTON, STATE OF GEORGIA.



AFFIDAVIT OF ACKNOWLEDGMENT FOR THE ACCEPTANCE OF DEED WITH
ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

Page 3 of 2

**CHANAE Q. CLEMONS**
Clerk Superior Court ~ Clayton County     Deed Book 67580 Pg     46
**Real Estate Division**
9151 Tara Boulevard Room 1CL25 Jonesboro, GA 30236-4912
770-477-3395

## *CERTIFICATE OF AUTHENTICATION*

**STATE OF GEORGIA, CLAYTON COUNTY:**

I, **CHANAE Q. CLEMONS**, Clerk of Superior Court in Clayton County, Georgia, the same being a Court of record, do hereby certify that **Kencora Wright** whose name is subscribed to the Certificate of the proof or acknowledgment of the annexed instrument **consisting of three (3) page (s)** and thereon written was, at the time of taking such, residing in said county, duly commissioned and sworn and authorized by the laws of said State to take acknowledgments, witness or attest signature or execution of deeds and other written instruments in said State, to be recorded therein. And further that I have verified the handwriting of such Notary Public and verily believe that the signature to said Certificate of proof or acknowledgment is genuine and that said Certificate is not required by the laws of the State of Georgia to be under seal.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court and County, this the **9th** day of **February 2024.**

CHANAE Q. CLEMONS
Clerk Superior Court

By: *Renita Wells*
Deputy Clerk, Real Estate Division

*All pages attached to the document when presented to the Clerk of Superior Court have been embossed with the Court's seal.*

4.13.16

Exhibit A

Deed Book **41708** Pg **635**
Filed and Recorded Jan-09-2006 10:26am
2006-0006779
Real Estate Transfer Tax $169.00
**Juanita Hicks**
Clerk of Superior Court
Fulton County, Georgia

**RETURN TO:**
Morris|Hardwick|Schneider, LLC
2401 Lake Park Drive, Suite 150
Smyrna, GA 30080
Final Documents
File #: LPR-051100970S

## SPECIAL WARRANTY DEED

**STATE OF California**
**COUNTY OF San Diego**

THIS INDENTURE made this __30th__ day of __December__, __2005__, between
**Deutsche Bank Trust Co., F/K/A Bankers Trust Company, as Trustee by Residential Funding Corporation as Attorney-In-Fact**
of the County of __San Diego__, State of __California__, as party or parties of the first part, hereinafter called Grantor, and

**Natasha Ballard**

as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

W I T N E S S E T H that: Grantor, for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable consideration in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee,

All that tract or parcel of land lying and being in Land Lot 49 of the 14th District, Fulton County, Georgia, and being more particularly described as follows: Condominium Unit 406 of Biltmore House, a Condominium, as more particularly described and delineated in the declaration of Biltmore House, a Condominium, recorded in Deed Book 26177, Page 24, et seq., Fulton County, Georgia Records. This conveyance is made subject to the declaration and all matters referenced therein, all matters on the plat recorded in Condominium Plat Book 11, Page 55, Fulton County, Georgia Records, and the floor plans recorded in Condominium File Cabinet No. 2, Page 367, aforesaid records, being improved property known as 30 Fifth Street, Unit 406, in the city of Atlanta, GA.

Subject to all easements and restrictions of record.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee, forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the lawful claims and demands of all persons claiming by, through or under the above named Grantor, but against none other.



Deed Book 4 1 7 0 8 Pg 6 3 6

Deed Book 6 7 5 8 0 Pg
4 8

## SPECIAL WARRANTY DEED
(Continued)

IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in the presence of:

Witness                                            DeAnn McCown

Deutsche Bank Trust Co., F/K/A Bankers
Trust Company, as Trustee by Residential
Funding Corporation as Attorney-In-Fact

By: Jeannette McWay Berkshire                (Seal)

_____ (Seal)
By: _____
              (Corporate Seal)

Notary Public
My Commission Expires:    GRACE PIRE SILVA
Commission # 1491170
Notary Public - California
San Diego County
My Comm. Expires May 23, 2008

Said Power of Attorney recorded at Deed Book 1 3 7 2 3
Page 8 5 1 , Cobb County Records, Georgia,
and attached as Exhibit A hereto.

Deed_Ga_WarrantyDeed_Special_2pgs          Page 2 of 2          LPR-051100970S



Deed Book 67580 Pg 49

Deed Book **13723** Pg **851**
Filed and Recorded Apr-11-2003 12:15pm
**2003-0083929**

Exhibit "A"

*Jay C. Stephenson*
Jay C. Stephenson
Clerk of Superior Court Cobb Cty. Ga.

## Limited Power of Attorney

KNOW ALL MEN BY THESE PREMISES:

That Deutsche Bank Trust Company Americas (formerly known as Bankers Trust Company), as Trustee (together with its successors and assigns, the "Trustee") under Pooling and Servicing or Indenture Agreements pursuant to which Residential Funding Corporation acts as Master Servicer, and such Trustee being, a New York Banking Corporation organized and existing under the laws of the State of New York, c/o Deutsche Bank National Trust Company having an office located at 1761 East St. Andrew Place, in the City of Santa Ana, State of California, 92705, has made, constituted and appointed, and does by these presents make, constitute and appoint Residential Funding Corporation, a corporation organized and existing under the laws of the State of Delaware, its trust and lawful Attorney-in Fact, with full power and authority to sign, execute, acknowledge, deliver, file for record, and record any instrument on its behalf and to perform such other act or acts as may be customarily and reasonably necessary and appropriate to effectuate the following enumerated transactions in respect of any of the mortgages or deeds of trust ( the "Mortgages" and the "Deeds of Trust", respectively) and promissory notes secured thereby (the "Mortgages Notes") for which the undersigned is acting as Trustee for various certificate holders ( whether the undersigned is names therein as mortgagee or beneficiary or has become mortgagee by virtue of endorsement of the Mortgage Note secured by any such Mortgage or Deed of Trust) and for which Residential Funding Corporation is acting as master servicer.

This appointment shall apply to the following enumerated transactions only:

1.  The modification or re-recording of a Mortgage or Deed of Trust, where said modification or recording is for the purpose of correcting the Mortgage or Deed of Trust to conform same to the original intent of the parties thereto or to correct title errors discovered after such title insurance was issued and said modification or re-recording, in either instance, does not adversely affect the lien of the Mortgage or Deed of Trust as insured.

2.  The subordination of the lien of a Mortgage or Deed of Trust to an easement in Favor of a public utility company or a government agency or unit with power of eminent domain; this section shall include, without limitation, the execution of partial satisfaction/releases, partial reconveyances or the execution of requests to trustees to accomplish same.

3.  The qualified subordination of the lien of a Mortgage or Deed of Trust to a lien of a creditor that is created in connection with the refinancing of a debt secured by a lien that was originally superior to the lien of the Mortgage or Deed of Trust.



Deed Book **41708** Pg **637**

Deed Book 13723 Pg 852

4.  With respect to a Mortgage or Deed of Trust, the Foreclosure, the taking of a deed in lieu of Foreclosure, or the completion of judicial or non-judicial Foreclosure or termination, cancellation or rescission of any such Foreclosure, including, without limitation, any and all of the following acts:

    a.  The substitution of trustee(s) serving under a Deed of Trust, in accordance with state law and the Deed of Trust;

    b.  Statements of breach or non-performance;

    c.  Notices of default;

    d.  Cancellations/rescissions of notices of default and/or notices of sale;

    e.  The taking of a deed in lieu of foreclosure; and

    f.  Such other documents and action as may be necessary under the terms of the Mortgage, Deed of Trust of state law to expeditiously complete said transactions.

5.  The conveyance of the properties to the mortgage insurer, or the closing of the title to the property to be acquired as real estate owned, or conveyance of title of real estate owned.

6.  The completion of loan assumption agreements.

7.  The full satisfaction/ release of a Mortgage or Deed of Trust or full reconveyance upon payment and discharge of all sums secured thereby, including, without limitation, cancellation of the related Mortgage Note.

8.  The assignment of any Mortgage or Deed of Trust and the related Mortgage Note, in connection with the repurchase of the mortgage loan secured and evidenced thereby pursuant to the requirements of a Residential Funding Corporation Seller Contract, including, without limitation, by reason of conversion of an adjustable rate mortgage loan from a variable rate to a fixed rate.

9.  The full assignment of a Mortgage or Deed of Trust upon payment and discharge of all sums secured thereby in conjunction with the refinancing thereof, including, without limitation, the assignment of the related Mortgage Note.

The undersigned gives said Attorney-in Fact full Power and authority to execute such instruments and to do and perform all and every act and thing necessary and proper to carry into effect the power of powers granted by or under this Limited Power of Attorney as fully as the undersigned might or could do, and hereby does ratify and confirm to all that said Attorney-in Fact shall lawfully do or cause to be done by authority hereof.

Third parties without actual notice may rely upon the exercise of the power granted under this Limited Power of Attorney; and may be satisfied that this Limited Power of Attorney shall continue in full force and effect has not been revoked unless and instrument of revocation has been made in writing by the undersigned.



Deed Book 67580 Pg 51
CHE ALEXANDER
Clerk of Superior Court
Fulton County, Georgia

Deed Book 13723 Pg 853
Jay C. Stephenson
Clerk of Superior Court Cobb Cty. Ga.

**WITNESS**

Deutsche Bank Trust Company Americas
(formerly known as Bankers Trust
Company), as Trustee

Name: Ronaldo Reyes          **WITNESS**
Title: Associate

Name: David M. Arnold
Title: Vice President

**CORPORATE SEAL**

STATE OF <u>CALIFORNIA)</u>
                          SS.

COUNTY OF <u>ORANGE)</u>
On    FEB 1 2 2003    before me, Brent Wayne Hoyler personally appeared
David M. Arnold, Vice President and Ronaldo Reyes, Associate Personally known to me OR proved to me
on this basis of satisfaction evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her their authorized
capacity(ies), and that by his/her their signature(s) on the instrument the person(s) or the entirety upon
behalf of which the person(s) acted, executed the instrument in the city of Santa Ana, County of Orange,
State of California.

CAPACITY CLAIMED BY SIGNER

| Individual | | Attorney-in Fact | | Other: |
|---|---|---|---|---|
| XXX | Corporate Officers | XXX | Trustee(s) | |

Signer is representing: Deutsche Bank Trust Company Americas

WITNESS my hand and official seal

Notary Public in and for the State of California

BRENT WAYNE HOYLER
Commission # 1281887
Notary Public - California
Orange County
My Comm. Expires Oct 27, 2004

Deed Book 41708 Pg 639
Juanita Hicks
Clerk of Superior Court
Fulton County, Georgia

I hereby certify the within and foregoing to be a true, correct and complete copy of the
original that appears in Book # 41708 Page # 639 in this office this 24 day of August 20 23
CHE ALEXANDER Clerk of Superior Court, Fulton County, GA

By _____ Deputy Clerk
not valid unless signed in RED ink

*Exhibit A*

## **Notice of Priority Interest**

You are hereby noticed that *I*, Natasha: Ballard, a private citizen of the United States[1]

I.    am grantee of the above referenced property holding absolute title by nature under Maxims of Equity;

II.   am without notice of a superior, prior, equal equitable or legal right or title to the above referenced property that can suspend or confuse my equitable and legal rights by nature from having absolute title by nature;

III.  and whereas by authority of Chancellor Gibson[2] §55 "Where there are Equal Equities, the First in Order of Time shall Prevail. This maxim is generally given in its Latin form, *Qui prior est tempore potior est jure.* (He who is prior in time is superior in right.) The maxim is sometimes misunderstood and misapplied. Its true meaning is this: As between persons having equitable interests only, if their interests are in all other respects equal, priority in time gives superiority in right. And, in a contest between persons having only equitable interests, priority of time will give superiority of right, provided there is not other sufficient ground of preference between them. For, if the equities are equal, and one of the parties has, in addition, the legal title, then another maxim would apply: Where there is equal equity the law must prevail. In a Bank of Chancery, in a conflict of equities, the party having the superior equity will prevail; and if the equities are equal, and neither party has the legal title, then priority prevails; and if no priority the defendant prevails (Gibson §55).

BE IT RESOLVED, *I, Natasha: Ballard*, am bonafide grantee of Property holding absolute title and power over disposition of its nature and character.
**SEE ATTACHMENT Exhibit B**

=====~~*Natasha : Ballard*~~=====================

Natasha: Ballard, grantee. Private
Civilian of United States of America


**AFFIDAVIT IN SUPPORT OF Natasha: Ballard PRIORITY INTEREST**

| | |
|---|---|
| The United States of America | ) |
| The State of Georgia | ) Subscribed and Sworn |
| The County of Fulton | ) |

1. *I*, Natasha: Ballard, "Claimant," grantee of the above referenced Property, a private citizen of the United States, privately residing at all times relevant within a non-military occupied private estate located outside a "Federal District" not subject to the jurisdiction of the "United States," within the nation state of Georgia, the Petitioner, hereinafter "Claimant", make Oath and affirms that the statements within this document "Notice of Priority Interest" hereinafter "NOI," hereafter are true of her own knowledge, except as to the matters therein stated to be on information and belief, and these matters she believes to be true:

2. Claimant is of the age of majority and is competent to state the matters set forth herein.

3. Claimant has personal first hand knowledge of the facts stated herein.

4. All the facts herein are true, correct and complete, admissible as evidence in a court of law and of equity as evidence and if called upon as a witness, Claimant will testify to their veracity.

5. Claimant is without notice of any equal, prior or superior equitable or legal right to Property Address, 30 5th Street NE Unit 406, Atlanta, GA [30308-9998] and believes no other right confuses or suspend her rights to power over the disposition of it as her property.

6. Claimant believes that said private lawful consideration tendered will pass said property title along with the possession, and believes it shall be absolute private title that passes without confusion or suspension of legal and equitable rights.

FURTHER CLAIMANT SAYETH NAUGHT.

IN WITNESS whereof *I* have hereunto set *my* Hand and Seal,
the __5ᵗʰ__ Day of __December__ in the year of our Lord Two
Thousand Twenty Three.

*Natasha : Ballard*

============================================================

Natasha: Ballard, Claimant.
Private Civilian of The United States of America.
Private resident of Georgia.
WITHIN A NON-MILITARY OCCUPIED PRIVATE
ESTATE.
All Rights Reserved, Without Prejudice

The United States of America
The State of Georgia                    } Subscribed and Affirmed **Notary Public Acknowledgement**
The County of Fulton

BE IT KNOWN, that on the __5th__ Day of __Dec__ Two Thousand Twenty Three before me
Notary Public by said State, duly authorized, empowered and admitted to take acknowledgments, came
by special limited restricted ministerial visitation Natasha: Ballard, within named, personally known by
me, and acknowledged the above "Affidavit in Support of Natasha: Ballard Priority Interest" to be her
sole freewill act and Deed for the uses and purposes therein expressed. IN TESTIMONY whereof I
have hereunto set my Hand and Seal this Day and Year last aforesaid.

*Marvin Wooley*
Notary Public – signature

My commission expires: __1/21/2027__

_Ballard ≠ Natasha, Authorized Beneficiary_

Ballard, Natasha in pro per, sui juris (NOT PRO SE)
Authorized Beneficiary for NATASHA BALLARD.

Signed by the voluntary act of my own hand, the _5th_ day of _December_ , two-

. thousand and twenty-Three A.D.

_Ballard: Natasha_

Ballard, Natasha

Subscribed and identified as _Natasha Ballard_ before me this _5th,_ day

of _Dec._ 2023.

_Marvin Wooley_

Notary Public, State of Georgia,

County of _DeKalb_

My commission expires: _1/21/2027_

Deed Book 44616 Pg 589
Filed and Recorded Mar-09-2007 10:07am
2007-0074549
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

Exhibit B

RECORDING REQUESTED BY / RETURN TO:
Peelle Management Corporation
P.O. Box 1710, Campbell, CA 95009-9982

Prepared by: Mary Wong

## Satisfaction Of Mortgage

WHEREAS the indebtedness secured by the mortgage described below has been fully paid and satisfied,
Mortgage Electronic Registration Systems, Inc.,
(MERS) as nominee for EQUIFIRST CORPORATION
owner and holder of the debt, hereby declares that the lien of said mortgage is forever discharged and satisfied.
 Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
 Original Mortgagor: NATASHA BALLARD
 Recorded in Fulton County, Georgia, on 01/09/06 on Book 41708 on Page 640
Tax ID: 14-0049-0004-060-4
Date of mortgage: 12/30/05 Amount of mortgage: $135200.00
DATE OF SATISFACTION: 02/15/07
NOW THEREFORE, the Clerk of Superior Court is hereby authorized and directed to record this instrument and to
cancel, release and discharge the mortgage in accordance with the regulations of said state and county as
provided in Code Section 44 - 14 - 4 of the O.C.G.A. for other mortgage cancellations.
DATED: 03/05/2007
Mortgage Electronic Registration Systems, Inc.
 (MERS) as nominee for EQUIFIRST CORPORATION

By: _____          Attest: Norm Harrison
    Shannon Blum                       Assistant Secretary
    Vice President

State of California
County of Santa Clara
SIGNED, SEALED AND DELIVERED
in the presence of:

Witness: MERI WONG
(Date Notarized: 03/05/2007

Notary: Paula Ward
My Commission Expires: 01/11/10

PAULA WARD
COMM. NO. 1634176
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES JAN. 11, 2010

Peelle Management Corporation, P.O. Box 1710, Campbell, Ca 95009
LN# 0441007903 Investor LN# 10326880 P.I.F: 02/15/07
FINAL RECON.m 90816 03/05/2007 10-121 GA Fulton 3536:34 25        [ SEAL CERT ]
              MIN#: 1002001-0008884961-9      MERS Tel.#: 1-888-679-6377

*Exhibit C*

```
Deed Book 67259 Pg  473
Filed and Recorded Oct-10-2023 04:25pm
      2023-0231329
Real Estate Transfer Tax $0.00
   CHE  ALEXANDER
   Clerk of Superior Court
   Fulton County, Georgia
```

--------------------------------[ABOVE SPACE RESERVED FOR RECORDING DATA] --------------------------

Parcel# 14-0049-0004-060-4        ------

RETURN TO: GADDIS & LANIER, LLC
            14 Eastbrook Bend
            Suite 115
            Peachtree City, Georgia 30269
            Our File No. G-2260

STATE OF GEORGIA   )
FULTON COUNTY      )

**SHERIFF'S DEED**

This indenture made this **5th** day of **September 2023** between **Patrick "Pat" Labat**, Sheriff, Fulton

County, Georgia and  **D23 LLC** ("Purchaser"):

**W I T N E S S E T H**

WHEREAS, Natasha Ballard ("Owner") is the record title holder of 30 5th Street NE, Unit 406, Atlanta,

Georgia 30308 (the "Subject Property") within the Biltmore House Condominium community, and said deed is

recorded in Deed Book 41708, Page 635 of the Fulton County land records (the "Warranty Deed"); and

WHEREAS, Owner failed to pay assessments and other charges lawfully assessed against Owner

pursuant to the Declaration of Condominium for Biltmore House, a condominium, as may be amended from

time to time (the "Declaration") which is recorded in Deed Book 26177, Page 024, *et seq.* of the Fulton County,

Georgia records (hereinafter the "Declaration").  and

WHEREAS, said past due amounts owed to Biltmore House Condominium Association, Inc. (the

"Association") constitute a lien on the Subject Property; and

WHEREAS, pursuant to O.C.G.A. § 44-3-109(c) and a court order in the case of Biltmore House

Condominium Association, Inc. v. Natasha Ballard, Superior Court of Fulton County, Civil Action File No.

2015CV257689 (the "Court Order"), dated April 21, 2023, the Association is authorized to foreclose its lien pursuant to the judicial foreclosure process; and

WHEREAS, the judicial foreclosure and sale of the Subject Property was duly advertised once a week for four weeks in the newspaper in Fulton County, Georgia, wherein the Sheriff carried his advertisement, namely *The Daily Report*, said dates of publication being the **August 11, 2023** through the **September 1, 2023,** editions of said publication; and

WHEREAS, the Fulton County Sheriff's Office did expose the property described in the Warranty Deed for sale to the highest bidder for cash on the first Tuesday of **September 2023**, within the legal hours of sale at the usual place for conducting Sheriff's sales in Fulton County before the Courthouse door in Atlanta, Georgia, in said county and offered said property for sale at public outcry to the highest bidder for cash when; and

WHEREAS, said land was knocked off and sold to **D23 LLC,** Purchaser, for the sum of **$70,000.00**.

NOW, this deed made this **5th** day of **September 2023**, between **Patrick "Pat" Labat,** Sheriff as aforesaid, and **D23 LLC,** Purchaser.

WITNESS that **Patrick "Pat" Labat,** Sheriff as aforesaid, for and in consideration of the sum of **Seventy Thousand Dollars ($ 70,000.00    )** to him in hand paid by **D23 LLC,** Purchaser, at and before the sealing and delivering of these presents, the receipt of which is hereby acknowledged, hath bargained, granted and conveyed and, in and by these presents, does hereby bargain, sell, grant and convey, as far as the Office of Sheriff authorizes him, to **D23 LLC** , Purchaser, his heirs, successors and assigns the following described property:

> All that tract or parcel of land lying and being in Land Lot 49 of the 14th District, Fulton County, Georgia, and being more particularly described as follows: Condominium Unit 406 of Biltmore House, A Condominium, as more particularly described and delineated in the Declaration of Biltmore House, a Condominium, recorded in Deed Book 26177, Page 24 et seq., Fulton County, Georgia Records as may be amended. This conveyance is made subject to the Declaration and all matters referenced therein, all matters shown on the plat recorded in Condominium Plat Book 11, Page 55, Fulton County, Georgia Records, as may be amended and the floor plans recorded in Condominium File Cabinet No. 2 Folder No. 367, aforesaid records as may be amended Being known as 30 5th Street, Unit 406 according to the present system of numbering houses in the City of Atlanta, Fulton County, Georgia.

Deed Book 67259 Pg 474

Page 2 of 3

SALE PRICE: $70,000.00

SALE DATE: September 5, 2023

CIVIL ACTION NUMBER: 2015CV257689

SHERIFF'S SALE NUMBER: 0923-53460

Deed Book 67259 Pg 475
CHE ALEXANDER
Clerk of Superior Court
Fulton County, Georgia

Together with all rights, members and appurtenances thereto appertaining; also, all the estate, right, title, interest, claim or demand of Natasha Ballard, Owner, Owner's representatives, heirs, and assigns, legal, equitable or otherwise whatsoever, an end to the same.

To have and to hold said premises and every part thereof unto said **D23 LLC**, Purchaser, his heirs, successors and assigns, to his own proper use, benefit and behalf in fee simple, and as full and ample a manner as Owner or his representatives, heirs and assigns, did hold and enjoy same had it not been foreclosed and sold pursuant to O.C.G.A. § 44-3-109(c) and the Court Order.

IN WITNESS WHEREOF, **Patrick "Pat" Labat**, Sheriff, has hereunto affixed his hand and seal this the day and year above written.

Patrick "Pat" Labat, Sheriff
Fulton County

Sworn to and subscribed before me
This 5th day of September 2023.

Unofficial Witness

Notary Public

Page 3 of 3

*Exhibit*

# AGISTRATE COURT OF FULTON COUNTY

OCEEDING AGAINST TENANT HOLDING OVER

223 LLC                                     23ED284322

045 Gallop Ct, Suwanee GA 30024

278-778-7527

INTIFF'S **NAME, ADDRESS & PHONE NO.**

VS.

Latasha Ballard Et ALL

0 Fifth St NE, Unit 406, Atlanta GA 30308

ENDANT'S NAME & ADDRESS (Include. PHONE NO.)          PLAINTIFF'S **ATTORNEY**: NAME, ADDRESS & PHONE

Defendant is in possession as Tenant of premises at the address in Fulton County as stated.

**Plaintiff/Affiant** is the ( ✓ Owner    (   ) Attorney  (   ) Agent    (   ) Lessee of the owner of said Premises.

**Tenant:** (   ) Fails to pay the rent which is now past due.

(   ) Holds the premises over and beyond the term for which they were rented or leased to him.

( ✓ other grounds: I obtained property thru Judicial sale

Plaintiff desires and has demanded possession of the premises.

Defendant has failed and refused to deliver possession of the premises.

**WHEREFORE, Plaintiff DEMANDS** (check and complete all that apply):

(a) Possession of the premises.

(b) Past due rent of $_____ for the month(s) of _____   _____

(c) Rent accruing up to the date of judgment or vacancy at the rate of $_____ per _____

(d) other: _____

orn to and subscribed on **September 5** 20 **23**

_____

nature of Affiant

Dharmendra Jattipatti

me of Affiant (Print or Type)

678-778-7527

one Number/ Email Address

> Witness the Honorable Chief Judge of said Court: The above affidavit sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A.
>
> Magistrate/Deputy Clerk\Notary Public

## SUMMONS

THE CONSTABLE MARSHAL OF FULTON COUNTY or his lawful deputies and to Sheriff of Fulton County of his lawful deputies.

EETINGS: The Defendant must file either an oral or written Answer at room TG100, 185 Central Ave., S.W. Atlanta, Georgia 30303 between 0 A.M. and 5:00 P.M. **OR** electronically at http://www.odysseyefilega.com (convenience fee applies) **within seven (7) days from the date of actual service** unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next day ich is not a Saturday, a Sunday, or a Court holiday. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory idavit. The Answer may contain any legal or equitable defense or counterclaim. If no valid legal or factual Answer is filed, a writ of possession y be issued pursuant to O.C.G.A. § 44-7-53. If no Answer is made, a writ of possession shall issue instanter.

is _____ day of 9/5/2023 4:36 PM , 20_____                                        _____ DEPUTY CLERK

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

## ENTRY OF SERVICE (Marshall/Sheriff/Private)

certify that I have served the foregoing Dispossessory Affidavit & summons **on the Defendant** by delivering a copy of same:

(   ) **Personally**

(   ) Defendant not found at/within Address on said Summons and Affidavit

(   ) **Notoriously** upon an individual residing at the premises (Name) _____. Deponent further states that the person served was of suitable age and discretion, and:- Race_____ Gender_____ Age_____ Weight_____ Height_____

(   ) **Tack and Mail**: By posting a copy to the door of the premises **AND** depositing a copy in the U.S. Mail, First Class in an envelope properly addressed, said copy containing notice to the Defendant to Answer at the hour & place in said summons.

**ATE OF SERVICE** _____,

**EFENDANT TO FILE ANSWER ON OR BEFORE** _____, _____

**ROCESS SERVER: - Print name:** _____,    **Officer's Radio/Badge Number** _____